■ THE PEOPLE OF THE STATE OF NEW YORK v ANDREW ZIZZO. — Motion granted insofar as to extend appellant's time to perfect the appeal to the June, 1983 Term. Appellant's assigned counsel is directed to this court's decision in the matter of *People v Saunders* (52 AD2d 833). Concur — Sullivan, J. P., Asch, Bloom, Milonas and Kassal, JJ.

■ In the Matter of LOUIS MISHELL, an Attorney. — Respondent reinstated as an attorney and counselor at law in the State of New York. Concur — Kupferman, J. P., Sullivan, Ross, Carro and Asch, JJ.